UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-12152-RWZ

EDMUND D. LaCHANCE, JR.

v.

LOIS RUSSO

Cerfitificate of Appealability
July 28, 2008

ZOBEL, D.J.

Petitioner moves for a Certificate of Appealability from the denial of his petition for a writ of habeas corpus. He had been convicted in the state court of aggravated rape, kidnapping, assault and battery and assault with a dangerous weapon. His seven claims of constitutional error actually boil down to four, improper monitoring, seizing and disseminating letters he sent from prison, involuntary absence from a hearing which implicated his Sixth Amendment and due process rights as well as his right to effective counsel, and the denial of a post-conviction motion Franks hearing to explore prison officials' misstatement concerning the mail issue. While I do not believe the denial of habeas corpus is in error, reasonable judges may have different views and accordingly allow the certificate of appealability as to all grounds raised.

|  July 28, 2008  |  /s/Rya W. Zobel  |
|  DATE  |  RYA W. ZOBEL  |

UNITED STATES DISTRICT JUDGE